UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- x

| | : | |
|---|---|---|
| STICHTING PENSIOENFONDS ABP, | : | Master File No. |
| | : | 09-CV-4473 (RJS) |
| Plaintiff, | : | |
| | : | ECF CASE |
| -against- | : | |
| | : | **DEFENDANTS' NOTICE OF** |
| WACHOVIA CORPORATION, WELLS FARGO & | : | **MOTIONS TO DISMISS** |
| COMPANY, G. KENNEDY THOMPSON, | : | |
| THOMAS J. WURTZ, DONALD K. TRUSLOW, | : | |
| LANTY L. SMITH, and ROBERT K. STEEL, | : | |
| | : | |
| Defendants. | : | |
| | : | |

----------------------------------------------------------------------- x

PLEASE TAKE NOTICE that upon (i) the accompanying Declaration of John W. Brewer, dated November 3, 2009, the exhibits attached thereto, (ii) the Memorandum of Law in Support of Defendants' Motions to Dismiss, and (iii) all prior pleadings and proceedings had herein, Wachovia Corporation, Wells Fargo & Company, G. Kennedy Thompson, Thomas J. Wurtz, Donald K. Truslow, Lanty L. Smith, and Robert K. Steel, (collectively, the "Defendants") will move this Court, before the Honorable Richard J. Sullivan, United States District Judge, in Courtroom 21C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and at a time designated by the Court, for an Order granting

Defendants' Motions to Dismiss, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
November 3, 2009

          FRIED, FRANK, HARRIS, SHRIVER
            & JACOBSON LLP

          By: */s/ Douglas H. Flaum*
          Douglas H. Flaum (douglas.flaum@friedfrank.com)
          Israel David
          John W. Brewer
          Eric A. Hirsch

          One New York Plaza
          New York, New York 10004-1980
          Telephone: (212) 859-8000
          Facsimile: (212) 859-4000

          *Attorneys for Defendants*